IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVE L. THOMAS,

      Plaintiff,                     No. CIV S-04-1764 DFL DAD PS

     vs.

SANDRA SHEWRY,

      Defendant.                   <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On February 15, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. The findings and recommendations were re-served on plaintiff at his last known address on February 22, 2006. The time period has now expired and no objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed February 15, 2006, are adopted in full; and

2. Defendant's motion to dismiss pursuant to Rule 12(b)(6) is granted and this action is dismissed without further leave to amend.

DATED: 3/17/2006

_____
DAVID F. LEVI
United States District Judge